## Case No. 14,943.

### UNITED STATES v. DELVALLE.

[Nowhere reported; opinion not now accessible.]